# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAMELA BOYD, ADMINISTRATOR OF THE ESTATE OF MELVA CRUCE, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| PROBATE RECOVERY SYSTEMS, LLC ) ) ) | Case No. 16-CV-2399 |
| Defendant. ) ) | |

## ANSWER

Defendant answers the allegations set forth in plaintiff's state court petition as follows:

1. Admits the allegations set forth in paragraphs 1, 2, 5, and 12-14.

2. Admits that the claim described in plaintiff's state court petition did not assert a lien but avers the remaining allegations set forth in paragraph 16 set forth legal arguments or legal conclusions that do not require a response, and that the statute speaks for itself.

3. Admits that on December 16, 2015, the District Court of Johnson County, Kansas disallowed the claim described in plaintiff's state court petition for untimeliness but denies the rest of the of the allegations set forth in paragraph 18.

4. Denies the allegations set forth in paragraphs 3, 6-10, and 22-24.

5. Avers that the allegations set forth in paragraphs 4, 11, 15, 17, and 19-21 set forth legal arguments or legal conclusions that do not require a response, and that the statutes and cases cited therein speak for themselves.

6. Denies that plaintiff is entitled to the relief requested in its petition.

7. Denies the nature and extent of plaintiff's alleged damages.

8. Denies each and every other allegation set forth in plaintiff's petition not specifically admitted herein.

9. Defendant is entitled to reasonable attorney's fees on a finding that the plaintiff's claim was brought in bad faith and for the purpose of harassment. 15 U.S.C. § 1692k(a)(3).

## AFFIRMATIVE DEFENSES

1. Any alleged violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error. 15 U.S.C. § 1692k(c).

By /s/ G. Clayton Randle
G. Clayton Randle, KS #26525
BARBER EMERSON, L.C.
1211 Massachusetts Street
P.O. Box 667
Lawrence, KS 66044
Tele: (785) 843-6600
Fax: (785) 843-8405
crandle@barberemerson.com
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2016, a copy of the above Answer has been forwarded, via electronic mail and by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed to:

A.J. Stecklein
Brian Johnson
Michael Rapp
Stecklein & Rapp, Chtd.
748 Ann Ave
Kansas City, KS 66101
aj@kcconsumerlawyer.com
bj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
Attorneys for Plaintiff

                                                /s/ G. Clayton Randle
                                                G. Clayton Randle